# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:08-CV-462-DSC

| | |
|---|---|
| MARY LESLIE MCINTOSH, ) | |
| ) | |
| Plaintiff, ) | ORDER |
| v. ) | |
| ) | |
| RONALD K. KUTZNER and ) | |
| SCHRADER TRUCKING, LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Partial Summary Judgment" (document #31) filed February 12, 2010[1] and "Defendants' Memorandum and Materials in Opposition to Plaintiff's Motion for Partial Summary Judgment" (document #35) filed March 8, 2010.

The parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c). This Motion is now ripe for determination.

Having carefully reviewed the pleadings, record, and applicable authority, the Court finds that taking the evidence in the light most favorable to Defendants, there is an issue of material fact as to whether Plaintiff was contributorily negligent and whether her negligence was a cause of her alleged injuries.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. Plaintiff's "Motion for Partial Summary Judgment" (document #31) is **DENIED**.

2. <u>The Clerk is directed to place this case on the calendar for trial during the Court's</u>

---

[1] The Court notes that Plaintiff failed to comply with LCvR 7.1(c) which requires a brief to be filed contemporaneously with a motion for summary judgment.

<u>November 8, 2010 Civil Jury Term</u>.

    3.  The Clerk is further directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

    Signed: March 8, 2010

David S. Cayer
United States Magistrate Judge