IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:08-CV-462-DSC

| | | |
|---|---|---|
| MARY LESLIE MCINTOSH, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| | ) | |
| RONALD K. KUTZNER and | ) | |
| SCHRADER TRUCKING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court sua sponte following issuance of an "Amended Pretrial Order and Case Management Plan" (document #39) on August 13, 2010.

The Amended Pretrial Order and Case Management Plan reflects that when this matter was continued from the Court's November 2010 trial term, it was set for trial beginning February 7, 2011, which is the beginning of the second week of the Court's January 31, 2011 trial term.

In order to promote judicial efficiency, the Court directs the Clerk to place this matter for trial beginning January 31, 2011, so that jury selection for all jury matters pending that term may be conducted at the beginning of the term.

The "Amended Pretrial Order and Case Management Plan" entered August 13, 2010 (document #39) is amended as follows:

### PRETRIAL AND TRIAL PROCEDURES

**J. TRIAL DATE:** Trial is scheduled to commence **WITH** a jury on **JANUARY 31, 2011**.

**SO ORDERED.**

Signed: August 16, 2010

David S. Cayer
United States Magistrate Judge